IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GRAHAM SHEA, DDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:18-CV-00830-SH |
| | § | |
| MANAGEMENT AND TRAINING | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF DESIGNATION OF EXPERT WITNESS**

Pursuant to FED. R. CIV. P. 26(a)(2), Defendant Management and Training Corporation ("MTC") designates the following expert for any trial or post-trial proceedings.

1. G. Whitney Smith
   301 Commerce Street, Suite 1950
   Fort Worth, Texas 76102
   (817) 877-0709
   wsmith@whitneysmithco.com

MTC has served a copy of the expert report (Bates labeled MTC 3380-3449) on Plaintiff's counsel via an agreed electronic method.

                                                    Respectfully submitted,

By: /s/ Edwin Sullivan
Edwin Sullivan
State Bar No. 24003024
OBERTI SULLIVAN LLP
712 Main Street, Suite 900
Houston, TX 77002
(713) 401-3555 – Telephone
(713) 401-3547 – Facsimile
ed@osattorneys.com – Email

ATTORNEYS FOR DEFENDANT MTC

## **CERTIFICATE OF SERVICE**

I served this pleading upon the counsel of record listed below via the Court's CM/ECF method on January 26, 2021.

KING LAW GROUP PLLC
Richard C. King, Jr.
1326 West Highway 290, Suite A
Dripping Springs, TX 786203

s/ Edwin Sullivan
Edwin Sullivan
